UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suada Hadzijic

_____

Write the full name of each plaintiff.

-against-

Art Food LLC

Diana Getchius, HR Rep.

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**24 cv 7205**

(Include case number if one has been
assigned)

Do you want a jury trial?
☑ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

---

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Suada
First Name

Hadzijic
Middle Initial    Last Name

120 vermilyea Ave. ~~New York NY 10034~~ Apt. A41
Street Address

New York                NY                10034
County, City            State             Zip Code

(646) 864-8066          SuadaProse@Gmail.com
Telephone Number        Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    Art Food LLC
Name

9 west 53rd St
Address where defendant may be served

New York                NY                10019
County, City            State             Zip Code

Defendant 2:    Diana Getchius
Name

853 Broadway, 17th Floor
Address where defendant may be served

New York                New York          10003
County, City            State             Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_Art Food LLC_
Name

_9 West 53rd St._
Address

_New York_ _____ _NY_ _____ _10019_
County, City                State              Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

  The defendant discriminated against me because of my (check only those that apply and explain):

  ☐ race: _____

  ☐ color: _____

  ☐ religion: _____

  ☐ sex: _____

  ☐ national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: *Anxiety* _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ **Other** (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐  did not hire me
- ☑  terminated my employment
- ☐  did not promote me
- ☐  did not accommodate my disability
- ☐  provided me with terms and conditions of employment different from those of similar employees
- ☑  retaliated against me
- ☑  harassed me or created a hostile work environment
- ☐  other (specify): _____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See facts.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## B. Facts                                      9/23/2024

I have worked for The Modern restaurant for two years. When I was hired I disclosed to USHG I had an anxiety disorder.

In April 2022, I had a conflict with Thomas Allan and Sarah Hsieh, concerning one of my customers food allergies. I observed safety complacency and a general unwillingness to take the issue of food allergies seriously. I voiced my concerns and began being singled out by Sarah Hsieh and treated differently than other waitstaff. I was openly being mocked by both Chefs Allan and Hsieh.

In December 2022, I reported a sexually inappropriate comment made by the Head Bartender. After filing that complaint, several employees embarked on a pattern of retaliatory harassment against me. The harassment took the form of these employees making sudden jarring loud noises usually by banging, clanging or tapping kitchen and dining utensils.

I attempted to manage the issue on my own with the chefs, but I was ignored. The behaviors caused me to have panic attacks at work.

I requested surveillance footage to support my claims of harassment. The request for surveillance footage became a sticking point and I was terminated. I repeatedly requested interventions and none were forthcoming.

Suada Hadzijic
(646)-864-8066

## V.     ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? _____

When did you receive the Notice? _____

☐ No

## VI.     RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_____

_____

_____

_____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/22/2024

**To:** Suada Hadzijic
120 Vermilyea ave. Apt. A41
NYC, NY 10034
Charge No: 520-2023-06764

EEOC Representative and email:    PRENTICE COLLAZO
Investigator
Prentice.Collazo@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Yaw Gyebi, Jr.
07/22/2024

Yaw Gyebi, Jr.
District Director

**Cc:**
Annabel Stanley
Jackson Lewis P.C.
666 3RD AVE FL 29
New York, NY 10017

Richard Greenberg
Jackson Lewis P.C.
666 3RD AVE FL 29
New York, NY 10017

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

#### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

#### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

#### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2023-06764 to the

District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2023-06764 to the District Director at Yaw Gyebi, Jr., 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system**.**

- **Only one** major life activity need be substantially limited.

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

 An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

 An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

 "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

 The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

 A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

**Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.**

| | |
|---|---|
| 9/23/ 2024 | _Suada Hadzijic_ |
| Dated | Plaintiff's Signature |
| Suada | Hadzijic |
| First Name          Middle Initial | Last Name |
| 120 Vermilyea Ave, Apt. A41 | |
| Street Address | |
| New York                    NY          10034 | |
| County, City                State          Zip Code | |
| (646) 864-8066 | SuadaProse@Gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your
> complaint. If you do not consent, please do not attach the form.

**Subject: Re: [EXTERNAL] Suada Hadzijic Employee Manual/contract request**

Hello Elizabeth,

It seems like you have a misunderstanding of my situation. On June 27, 2023 I was told by Diana Getchius she will review surveillance (I requested review for June 9, 2023) on my behalf but will not release the footage to me. I was never given a follow up. I have been in contact with Alan Zurita in HR on these requests in regards to that date and other past dates and was never given a response on how to obtain footage until August 1,2023

MoMA security has never responded to me. Phone dispatcher's have only given me email contacts and told me a lawyer will be in touch with me soon in regards to my request. I have sent a total of 4 emails; two emails to the head of security and two emails to the VP of security. I was told the head was out for the weekend and I had a better chance of getting a hold of the VP to better help assist me. My last email was sent on July 31,2023.

Alan responded to my request on how to obtain footage on August 1,2023.

Please let me know if you would like me to forward the emails and help clear up any confusion.

I will attach the email from Diana Getchius.

[Quoted text hidden]
<Letter to Elizabeth Huh.docx>

9/23/24, 11:55 AM      Gmail - Suada Hadzijic Employee Manual/contract request



**Suada H** <suadahadzijic@gmail.com>            Sun, Aug 6, 2023 at 6:08 PM
To: jstark@starklegalnyc.com

MISTAKE, PLEASE DO NOT READ IT. Instead, please reply to the sender that you have received the message in error, immediately delete this message (including attachments) and refrain from copying, disseminating or printing these materials.

-----Original Message-----
From: Suada H <suadahadzijic@gmail.com>
Sent: Wednesday, August 2, 2023 9:15 AM
To: Elizabeth Huh <EHuh@ushg.com>
Subject: [EXTERNAL] Suada Hadzijic Employee Manual/contract request


This email comes from outside the organization.

Do not click links or open attachments unless it is an email you expected to receive.
[Quoted text hidden]

---

**Suada H** <suadahadzijic@gmail.com>                                    Thu, Aug 3, 2023 at 3:23 PM
To: Elizabeth Huh <EHuh@ushg.com>

Hello Elizabeth,

It seems like you have a misunderstanding of my situation. On June 27, 2023 I was told by Diana Getchius she will review surveillance (I requested review for June 9, 2023) on my behalf but will not release the footage to me. I was never given a follow up. I have been in contact with Alan Zurita in HR on these requests in regards to that date and other past dates and was never given a response on how to obtain footage until August 1,2023

MoMA security has never responded to me. Phone dispatcher's have only given me email contacts and told me a lawyer will be in touch with me soon in regards to my request. I have sent a total of 4 emails; two emails to the head of security and two emails to the VP of security. I was told the head was out for the weekend and I had a better chance of getting a hold of the VP to better help assist me. My last email was sent on July 31,2023.

Alan responded to my request on how to obtain footage on August 1,2023.

Please let me know if you would like me to forward the emails and help clear up any confusion.

I will attach the email from Diana Getchius.



—-

I have only texted the people I thought were close to me from the modern. I didn't realize they thought it was annoying and/or harassing behavior. I am honestly hurt reading this. I haven't texted anyone from The Modern since August 1,2023. I will continue on that trend. Please give them my apologies.


—-

I am having trouble accessing UKG. Is it possible for you to forward me an email of someone that can assist me?

Thank you.

Best regards,
Suada Hadzijic


Sent from my iPhone

> On Aug 3, 2023, at 2:15 PM, Elizabeth Huh <EHuh@ushg.com> wrote:

 Gmail                                    Suada H <suadahadzijic@gmail.com>

## Suada Hadzijic Employee Manual/contract request
10 messages

**Suada H** <suadahadzijic@gmail.com>                                    Wed, Aug 2, 2023 at 9:14 AM
To: EHuh@ushg.com

Hello Elizabeth,

I was forwarded your information by Alan.
I no longer have access to my square account. I am looking for my employee manual/contract I have signed.

Thank you,
Suada Hadzijic
(646)864-8066

Sent from my iPhone

**Elizabeth Huh** <EHuh@ushg.com>                                    Thu, Aug 3, 2023 at 2:15 PM
To: Suada H <suadahadzijic@gmail.com>

Dear Suada:

I am responding to your August 2, 2023, request for Company records. Please note, you are seeking that we share with you records that are already available to you on UKG.

I also want to address conduct in which you have engaged since the end of your employment. I understand that, since your employment was terminated, you have been consistently annoying and harassing Company employees and affiliates in an effort to obtain security footage you have been advised does not exist. This behavior is unwanted and unacceptable, and must stop immediately.

More specifically, I understand you have approached various employees at the organization (including hourly employees with no managerial responsibility) inquiring where you might locate security footage, among other requests. I also understand you have approached MoMA with these requests. Notwithstanding that you have been advised that MoMA's policy would prohibit the production of any security footage to you, I understand MoMa advised you that no such footage exists.

We have repeatedly advised you of the same. I also want to remind you once again that any security cameras and/or footage obtained from the cameras that you have referenced are not our property, nor are they within our care, control, or possession. In other words: MoMA advised you they do not have the footage that you seek. We also do not have the footage that you seek. Regardless, you are not entitled to any such footage.

I expect that you will immediately cease your harassing conduct towards our employees. We reserve all rights to take all available action, which may include but not be limited to pursuing any and all avenues of legal action against you and making official contact with law enforcement.

You have been advised and warned. We expect that you will govern yourself accordingly.

ELIZABETH HUH . GENERAL COUNSEL

UNION SQUARE
HOSPITALITY GROUP
853 BROADWAY, 17TH FLOOR, NEW YORK CITY 10003
M  516.643.1542  E  EHUH@USHG.COM
USHG.COM . WORK WITH US . @USHGNYC
Let's Party: Whether you're planning an event big or small, we offer private dining spaces and catering options to suit every occasion. Join us for your next celebration!

This message (including attachments) may be privileged, confidential and legally protected. IF IT WAS SENT TO YOU BY

9/23/24, 11:55 AM
Case 1:24-cv-07205-LGS-GWG    Document 1    Filed 09/23/24    Page 19 of 22
Gmail - Suada Hadzijic Employee Manual/contract request

> Dear Suada:
>
> I am responding to your August 2, 2023, request for Company records. Please note, you are seeking that we share with you records that are already available to you on UKG.
>
> I also want to address conduct in which you have engaged since the end of your employment. I understand that, since your employment was terminated, you have been consistently annoying and harassing Company employees and affiliates in an effort to obtain security footage you have been advised does not exist. This behavior is unwanted and unacceptable, and must stop immediately.
>
> More specifically, I understand you have approached various employees at the organization (including hourly employees with no managerial responsibility) inquiring where you might locate security footage, among other requests. I also understand you have approached MoMA with these requests. Notwithstanding that you have been advised that MoMA's policy would prohibit the production of any security footage to you, I understand MoMa advised you that no such footage exists.
>
> We have repeatedly advised you of the same. I also want to remind you once again that any security cameras and/or footage obtained from the cameras that you have referenced are not our property, nor are they within our care, control, or possession. In other words: MoMA advised you they do not have the footage that you seek. We also do not have the footage that you seek. Regardless, you are not entitled to any such footage.
>
> I expect that you will immediately cease your harassing conduct towards our employees. We reserve all rights to take all available action, which may include but not be limited to pursuing any and all avenues of legal action against you and making official contact with law enforcement.
>
> You have been advised and warned. We expect that you will govern yourself accordingly.
>
> ELIZABETH HUH . GENERAL COUNSEL
>
> UNION SQUARE
> HOSPITALITY GROUP
> 853 BROADWAY, 17TH FLOOR, NEW YORK CITY 10003
> M  516.643.1542  E  EHUH@USHG.COM
> USHG.COM . WORK WITH US . @USHGNYC
> Let's Party: Whether you're planning an event big or small, we offer private dining spaces and catering options to suit every occasion. Join us for your next celebration!
>
> This message (including attachments) may be privileged, confidential and legally protected. IF IT WAS SENT TO YOU BY MISTAKE, PLEASE DO NOT READ IT. Instead, please reply to the sender that you have received the message in error, immediately delete this message (including attachments) and refrain from copying, disseminating or printing these materials.
>
> -----Original Message-----
> From: Suada H <suadahadzijic@gmail.com>
> Sent: Wednesday, August 2, 2023 9:15 AM
> To: Elizabeth Huh <EHuh@ushg.com>
> Subject: [EXTERNAL] Suada Hadzijic Employee Manual/contract request
>
>
>
> This email comes from outside the organization.
>
> Do not click links or open attachments unless it is an email you expected to receive.
>
>
> Hello Elizabeth,
>
> I was forwarded your information by Alan.
> I no longer have access to my square account. I am looking for my employee manual/contract I have signed.
>
> Thank you,
> Suada Hadzijic
> (646)864-8066
>

> Sent from my iPhone



**image0.png**
359K

---

**Suada H** <suadahadzijic@gmail.com>                                     Thu, Aug 3, 2023 at 3:35 PM
To: Elizabeth Huh <EHuh@ushg.com>

I just wanted to clarify,

I have never requested surveillance from anyone outside of Diana Getchius and Alan Zurita from HR and Daniel Platt and
Kern Wang Heads of security of MoMA.

All of my requests were documented via email and have stopped requesting since I received my response on August 1,
2023.


Sent from my iPhone

> On Aug 3, 2023, at 3:24 PM, Suada H <suadahadzijic@gmail.com> wrote:
> Hello Elizabeth,
[Quoted text hidden]
> <image0.png>
>
>
>
> —-
>
> I have only texted the people I thought were close to me from the modern. I didn't realize they thought it was annoying
and/or harassing behavior. I am honestly hurt reading this. I haven't texted anyone from The Modern since August 1,2023.
I will continue on that trend. Please give them my apologies.
>
>
> —-
>
> I am having trouble accessing UKG. Is it possible for you to forward me an email of someone that can assist me?
>
> Thank you.
>
> Best regards,
> Suada Hadzijic
>
>
>
> Sent from my iPhone
>
>> On Aug 3, 2023, at 2:15 PM, Elizabeth Huh <EHuh@ushg.com> wrote:
>> Dear Suada:
[Quoted text hidden]

---

**Suada H** <suadahadzijic@gmail.com>                                     Thu, Aug 3, 2023 at 9:29 PM
To: Elizabeth Huh <EHuh@ushg.com>

I would also like to add;

I have contacted 4 employees since my termination;

Marcela Colonna texts only; documented proof
Ryan Mendez texts only; documented proof
-
Victoria Wiebelt texts/phone calls
Obey (barista) one time 10 minute phone conversation

I have never made any requests for surveillance from these employees. I would ask for you to please check where you have gotten your information from. I believe you are being misinformed on the situation.

Suada Hadzijic

Sent from my iPhone

> On Aug 3, 2023, at 3:36 PM, Suada H <suadahadzijic@gmail.com> wrote:
> I just wanted to clarify,
[Quoted text hidden]

**Suada H** <suadahadzijic@gmail.com>                                Sun, Aug 6, 2023 at 6:08 PM
To: jstark@starklegalnyc.com

Sent from my iPhone

Begin forwarded message:

> **From:** Suada H <suadahadzijic@gmail.com>
> **Date:** August 3, 2023 at 3:24:04 PM EDT
> **To:** Elizabeth Huh <EHuh@ushg.com>
> **Subject: Re: [EXTERNAL] Suada Hadzijic Employee Manual/contract request**
>
> Hello Elizabeth,
> [Quoted text hidden]

I represent Suada Hadzijic with regard to her employment dispute with Union Square Hospitality Group ("USHG"). After conversations with my client and a review of the correspondence between her and USHG concerning her termination and the events leading up to it I am writing to you with the hope that we can come to an amicable resolution of this unfortunate situation.

By way of background, Suada worked for the Modern restaurant for two years. When she was hired, she disclosed to USHG that she had an anxiety disorder.

In or around April 2022, Suada had a conflict with Thomas Allan and Sarah Hsieh, concerning one of her customer's food allergies. She had observed a certain safety complacency in that instance, and also a general unwillingness to take issue of food allergies more seriously. She voiced her concerns, and thereafter reports that she was singled out by Sarah Hsieh and treated differently than other waitstaff.

In or around December 2022, a fellow employee made a sexually inappropriate comment to her and she reported it to Human Resources. The employee suffered no discernable consequences. After filing that complaint, however, Suada reports that several employees embarked on a pattern of retaliatory harassment against her. The harassment took the form of these employees making sudden, jarring, loud noises, usually by banging, clanging or tapping kitchen and dining utensils. The intent and effect of these noises were to drown out whatever Suada might be saying at the time. The message behind these actions was clear; they were telling her to shut up and that nothing she could say has any value. The harassment started off in the kitchen, but soon spread to the front of the house.

Suada attempted to manage the issue on her own with the chefs, but she was ignored. Because Suada suffers from an anxiety disorder, these behaviors caused her to have nightmares and panic attacks. At least one time she had a panic attack at work that was so severe she could not finish her shift.

As you know, eventually she was terminated, without notice or severance. I am in possession of correspondence between Suada and USHG, including you, wherein she requests a copy of the employee manual and an internal review of surveillance footage to support her claims of harassment. I am at a loss as to why the employee manual was not sent to her immediately. Please forward it to me for my review. I also do not understand why the issue of surveillance footage has been a sticking point. If no harassment occurred then there should be no reason to withhold the surveillance footage. In any event, with or without the video record, we know that these incidents took place, that she repeatedly requested interventions, and that none were forthcoming.

We would like to resolve the issue of her wrongful termination fairly and expeditiously. I have advised Suada on her rights, and the time limitations concerning filing complaints with the NYC Human Rights Commission, the NYS State Division of Human Rights, and the EEOC. I propose that USHG provide Suada with severance to compensate her for this wrongful termination in exchange for a waiver of her rights to seek redress.


Sent from my iPhone


On Aug 14, 2023, at 4:47 PM, Julie Stark <jstark@starklegalnyc.com> wrote:


here is a draft look it over and then lets talk about filling in the blanks and antyhing else you want to discuss.

**From:** Suada H <suadahadzijic@gmail.com>
**Sent:** Sunday, August 6, 2023 6:08 PM
**To:** Julie Stark <jstark@starklegalnyc.com>
**Subject:** Fwd: [EXTERNAL] Suada Hadzijic Employee Manual/contract request


Sent from my iPhone

Begin forwarded message:

**From:** Suada H <suadahadzijic@gmail.com>
**Date:** August 3, 2023 at 3:24:04 PM EDT
**To:** Elizabeth Huh <EHuh@ushg.com>