UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUADA HADZIJIC                                                  :

                                                                :        ORDER
                            Plaintiff,                                   24 Civ. 7205 (LGS) (GWG)
                                                                :

        -v.-
                                                                :

ART FOOD LLC et al.,
                                                                :

                            Defendants.                         :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     1.  This case has been referred to Judge Gorenstein for general pre-trial purposes and for a report and recommendation on dispositive motions.   See 28 U.S.C. § 636(b)(1).  All pre-trial motions or applications, including those relating to scheduling and discovery, shall be made to Judge Gorenstein.  All applications must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

     2.  All discovery shall be initiated in time to be completed by the deadlines contained in the Civil Case Management Plan dated December 6, 2024 (Docket # 18).  However, the requirement to file a status letter as set forth in paragraph 13.b is vacated.  Additionally, the April 30, 2025, 4:10 P.M. conference before Judge Schofield (see paragraph 13.c) is hereby cancelled.  Any request for permission to make a summary judgment motion shall be addressed to the undersigned and shall be filed by April 10, 2025.

     3.  Discovery motions -- that is, any applications relating to discovery as covered by Rules 26 through 37 or 45 of the Federal Rules of Civil Procedure -- not only must comply with ¶ 2.A of the Court's Individual Practices but also must be made promptly after the need for such a motion arises.  In addition, absent extraordinary circumstances, no such application will be considered if made later than 30 days prior to the close of discovery.  Untimely applications will be denied.

     4.  Any application for an extension of the deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with ¶ 1.E of the Court's Individual Practices.  The application must state the position of all other parties on the proposed extension and must show good cause for granting the extension.  "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party.  Any application not in compliance with this paragraph will be denied.  Failure to comply with the terms of this Order may also result in sanctions.

5.  If any party seeks referral to the Court's mediation program or a settlement conference, the party may make such a request (after consulting with the other side) any time by filing a letter on ECF.

6.  The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by accessing the request-for-help form at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by calling (212) 382-4794.

SO ORDERED.

Dated: February 12, 2025
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge