UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SUADA HADZIJIC,

                              Plaintiff,              24 Civ. 7205 (LGS)

          -against-                        ORDER

ART FOOD, LLC, et al.,

                            Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed via the Final Report of Mediator #1 at Dkt. No. 29 that the parties have reached a settlement in principle in this case. Docket Entry No. 29 is appended to this Order. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: April 29, 2025
       New York, New York

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Richard Ian Greenberg (newyorkcitydocketing@jacksonlewis.com, richard-
greenberg-7627@ecf.pacerpro.com, richard.greenberg@jacksonlewis.com,
rosemarie.acosta@jacksonlewis.com), Annabel Rae Stanley (annabel-stanley-
3230@ecf.pacerpro.com, annabel.stanley@jacksonlewis.com,
newyorkcitydocketing@jacksonlewis.com), Suada Hadzijic (suadaprose@gmail.com), Magistrate
Judge Gabriel W. Gorenstein (gorensteinnysdchambers@nysd.uscourts.gov,
reportsecf_nysd@nysd.uscourts.gov), Judge Lorna G. Schofield (corey_meyer@nysd.uscourts.gov,
jaehyuk_you@nysd.uscourts.gov, james_street@nysd.uscourts.gov, julia_long@nysd.uscourts.gov,
lorna_schofield@nysd.uscourts.gov, natasha_faulconer@nysd.uscourts.gov,
reportsecf_nysd@nysd.uscourts.gov, schofield_nysdchambers@nysd.uscourts.gov), Judge Unassigned
(reportsecf_nysd@nysd.uscourts.gov)
--Non Case Participants: Scott Charles Novakowski (novakowski_ecf_nysd@nysd.uscourts.gov)
--No Notice Sent:

Message-Id:<32930253@nysd.uscourts.gov>
Subject:Activity in Case 1:24-cv-07205-LGS-GWG Hadzijic v. Art Food LLC et al Final Report of
Mediator #1
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 4/28/2025 at 10:56 AM EDT and filed on 4/15/2025
**Case Name:**     Hadzijic v. Art Food LLC et al
**Case Number:**   [1:24-cv-07205-LGS-GWG](#)
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**FINAL REPORT OF MEDIATOR #1. Report of Mediator to the Clerk that the court-ordered mediation in this case was held and agreement was reached on all issues. The judge may wish to issue a "30 day order" under which the case is automatically closed in 30 days unless a party seeks to re-open the matter. To evaluate the effectiveness of our Mediators/Mediation Program, a fillable PDF of the survey can be found at https://nysd.uscourts.gov/programs/mediation-adr.(sni)**


**1:24-cv-07205-LGS-GWG Notice has been electronically mailed to:**

Richard Ian Greenberg     Richard.Greenberg@jacksonlewis.com, NewYorkCityDocketing@JacksonLewis.com, RoseMarie.Acosta@jacksonlewis.com, richard-greenberg-7627@ecf.pacerpro.com

Annabel Rae Stanley     annabel.stanley@jacksonlewis.com, annabel-stanley-3230@ecf.pacerpro.com,

newyorkcitydocketing@jacksonlewis.com

Suada Hadzijic    suadaprose@gmail.com

**1:24-cv-07205-LGS-GWG Notice has been delivered by other means to:**