# MEMORANDUM ENDORSED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE
2025 MAY 21  AM 11: 55

Suada Hadzijic,

Plaintiff(s),

                        124 - cv- 07205 (LGS) (GWG)

## Motion to Reschedule Pre-Motion Conference Scheduled for May 29, 2025

-against-

Art Food LLC, Diana Getchius

Defendant(s).

Dear JUDGE GABRIEL W. GORENSTEIN,

I am writing to respectfully request the rescheduling of the pre-motion conference currently scheduled for Thursday, May 29, 2025, at 11:00 a.m. On that date, I will be attending my Graduate Celebration for the Class of 2025 of The City University of New York (CUNY), Colin Powell School The City College of New York, which is set to commence at 10:30 a.m.

As a first-generation graduate who has attended New York City public schools throughout my life with limited access to resources, this celebration represents a significant achievement for both myself and my family. Given the importance of this event, which cannot be rescheduled or postponed, I kindly request an alternative date for the pre-motion conference so that I can attend this milestone. I will be joined by my mother and my two small children- a kindergartener and 11 month old.

124 - cv- 07205 (LGS) (GWG) 1

Thank you for your consideration.

Sincerely,

SUADA HADZIJIC

Pro Se

Suadaprose@Gmail.com

*Juada Hadjijic 5/21/2025*     May 21, 2025

While the Court will re-schedule the conference, plaintiff must make a new application that follows the instructions in the Court's Order for seeking an adjournment ---- specifically, the following language: "Any adjournment may be sought in accordance with paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein)." The plaintiff's new application shall be filed by June 2, 2025. As part of the consultation process, plaintiff should consult not only with defendant's counsel as to their availability but also with Ms. Natalie Tecimer. In the meantime, the parties are not required to appear for the May 29, 2025, conference.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 27, 2025