**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SUADA HADZIJIC.,

                        Plaintiff,

-against-

ART FOOD LLC, and DIANA GETCHIUS

                        Defendants.

Index No.: 24-cv-7205-LGS-GWG

**DECLARATION OF RICHARD GREENBERG IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT**

---

I, Richard I. Greenberg, an attorney in good standing, admitted to practice before the courts of the State of New York, declare under penalty of perjury that the following facts are true and correct:

1. I am a Principal of the law firm of Jackson Lewis P.C., counsel of record for Defendants Art Food LLC and Diana Getchius (together, "Defendants") in the above-captioned action. As such, I am fully familiar with the facts set forth herein. I make this Declaration in support of the Defendant's Motion to Enforce the Parties' settlement.

2. Attached as Exhibit "A" is an email from Plaintiff Suada Hadzijic, dated March 10, 2025.

3. Attached as Exhibit "B" is an email correspondence demonstrating partial performance of the settlement, dated, May 9, 2025 and a recognition by pro bono counsel that the matter was resolved in principle.

This declaration is made pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of June 2025.

                                                s/ *Richard I. Greenberg*
                                                Richard I. Greenberg

2

## **CERTIFICATE OF SERVICE**

I, Richard I. Greenberg hereby certify and affirm that a true and correct copy of the DECLARATION OF RICHARD I. GREENBERG IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE THE SETTLEMENT was served via ECF on this 17th day of June, 2025, upon the following:

Ms. Suada Hadzijic
120 Vermilyea Ave.
Apt. A41
New York, NY 10034


Dated: New York, New York
       June17, 2025

                                        s/ Richard I. Greenberg_____
                                        Felice B. Ekelman