# EXHIBIT A

**Stanley, Annabel R. (NYC)**

| | |
|---|---|
| **From:** | Suada H <suadahadzijic@gmail.com> |
| **Sent:** | Monday, March 10, 2025 5:54 PM |
| **To:** | Stanley, Annabel R. (NYC) |
| **Cc:** | Greenberg, Richard I. (NYC) |
| **Subject:** | Re: Hadzijic v. Art Food LLC et al.: Discovery Responses |

External email

Would you like to discuss a settlement amount before moving forward with this process?

Suada Hadzijic

On Mar 10, 2025, at 4:26 PM, Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com> wrote:

Hi Suada,

Attached please find Defendants' objections and responses to your discovery requests. We also included your notice of deposition. Please advise when we can expect your supplemental discovery responses so we can schedule your deposition.

Sincerely,
Annabel



### Annabel R. Stanley
Attorney at Law

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4029 | Main: (212) 545-4000
Annabel.Stanley@jacksonlewis.com | www.jacksonlewis.com

<Defendants Responses to plaintiffs RFPs.pdf><D000234-364.pdf><Defendants responses to Plaintiffs ROGS 3.6.25.pdf><Deposition Notice Hadzijic.pdf>