# EXHIBIT B

**Stanley, Annabel R. (NYC)**

| | |
|---|---|
| **From:** | Natalie Tecimer <NTecimer@nycbar.org> |
| **Sent:** | Friday, May 9, 2025 12:24 PM |
| **To:** | Stanley, Annabel R. (NYC); Greenberg, Richard I. (NYC) |
| **Subject:** | RE: hadzijic term sheet.docx |

Hi Annabel,

We can consent to these changes. You can add that the payment will be delivered via wire transfer instructions provided by cover of separate email by plaintiff's attorney (me). Can you please send me a finalized PDF that also includes a stipulation of dismissal? We will try and get this signed early next week.

Best,
Natalie Tecimer

**From:** Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Sent:** Wednesday, May 7, 2025 9:58 AM
**To:** Natalie Tecimer <NTecimer@nycbar.org>; Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

**[EXTERNAL MESSAGE]**

Good morning Natalie,

We accepted redlines that we are amenable to and left in redlines/comments any edits we had. Happy to discuss further over the phone if needed.

Sincerely,
Annabel



**Annabel R. Stanley**
Attorney at Law

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4029 | Main: (212) 545-4000
Annabel.Stanley@jacksonlewis.com | www.jacksonlewis.com

**From:** Natalie Tecimer <NTecimer@nycbar.org>
**Sent:** Monday, May 5, 2025 3:51 PM
**To:** Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>; Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

I'll ask her and revert back. Any update on the settlement agreement?

Thanks,
Natalie

---

**From:** Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Sent:** Monday, May 5, 2025 10:36 AM
**To:** Natalie Tecimer <NTecimer@nycbar.org>; Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

**[EXTERNAL MESSAGE]**

Good morning Natalie,

Please let us know if your client would be amenable to the wiring of settlement payment versus check. If so, can you please provide Ms. Hadzijic's banking information for wire transfer.

Sincerely,
Annabel



### Annabel R. Stanley
### Attorney at Law

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4029 | Main: (212) 545-4000
Annabel.Stanley@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Natalie Tecimer <NTecimer@nycbar.org>
**Sent:** Friday, May 2, 2025 12:48 PM
**To:** Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>; Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

Great—thanks for the update.

---

**From:** Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>
**Sent:** Thursday, May 1, 2025 10:46 AM
**To:** Natalie Tecimer <NTecimer@nycbar.org>; Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

**[EXTERNAL MESSAGE]**

We too want this off our desk
Waiting on client



**Richard I. Greenberg**
Attorney at Law

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4080 | Main: (212) 545-4000
Richard.Greenberg@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Natalie Tecimer <NTecimer@nycbar.org>
**Sent:** Thursday, May 1, 2025 10:45 AM
**To:** Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>; Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

Hi Annabel and Richard,

I'm writing to follow-up on this. I'd like to go through the finalized settlement agreement with my client next week if possible.

Thank you,
Natalie Tecimer

---

**From:** Natalie Tecimer
**Sent:** Monday, April 28, 2025 3:46 PM
**To:** Greenberg, Richard I. (NYC) <Richard.Greenberg@jacksonlewis.com>; Stanley, Annabel R. (NYC) <Annabel.Stanley@jacksonlewis.com>
**Subject:** RE: hadzijic term sheet.docx

Hi Annabel and Richard,

Please find attached the settlement agreement with our edits. Please let me know if you have any questions or concerns about any of these.

Thank you,
Natalie Tecimer