UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 JUL -1  PM 1: 16

Suada Hadzijic,

Plaintiff(s),

24 - cv- 07205 (LGS) (GWG)

**Opposition to Enforcement of Confidential Settlement Terms Summary Sheet**

Art Food LLC, Diana Getchius

Defendant(s).

Dear JUDGE GABRIEL W. GORENSTEIN, Art Food LLC, Diana Getchius,

I write to formally oppose the enforcement of the Confidential Settlement Terms Summary Sheet (the "Term Sheet") executed on April 15, 2025, in the above-captioned matter.

Under New York law, settlement agreements resolving claims of discrimination, harassment, or retaliation that include non-disclosure provisions are subject to a **mandatory 21-day waiting period**. This statutory waiting period is designed to protect the rights of complainants by allowing them sufficient time to consider the agreement and its implications, and it is not waivable in New York State courts.

The Term Sheet contains an immediate and binding confidentiality provision that prohibits Plaintiff from disclosing any information regarding the terms or circumstances leading to the settlement. This provision effectively imposes a non-disclosure obligation before the mandatory 21-day review period applicable to such agreements has elapsed.

Although the Term Sheet references a separate Non-Disclosure Agreement with a 21-day consideration period, the immediate enforceability of confidentiality obligations in the Term

Sheet itself constitutes a direct **violation of New York's mandatory waiting period**. By binding Plaintiff to confidentiality prior to the expiration of the statutorily required waiting period, the Term Sheet bypasses legal protections intended to safeguard claimants.

For these reasons, the Term Sheet's confidentiality provisions—and the Term Sheet as a whole—are unenforceable until such time as the mandatory 21-day waiting period has been fully observed. Enforcement of the Term Sheet as currently drafted would contravene New York employment law and the public policy it embodies.

Accordingly, Plaintiff respectfully requests that any motion to enforce the Term Sheet be denied, and that the terms of any settlement only be deemed enforceable following compliance with the required 21-day review period.

Thank you for your attention to this matter. Please feel free to contact me should you wish to discuss further.

Sincerely,
SUADA HADZIJIC
Pro Se
Suadaprose@Gmail.com
July 1, 2025