**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUADA HADZIJIC.,

                                   Plaintiff,

    -against-

ART FOOD, LLC, and DIANA GETCHIUS

                                 Defendants.

Index No.: 24-cv-7205-LGS-GWG
NOTICE OF MOTION TO
ENFORCE SETTLEMENT

TO:    SUADA HADZIJIC
         120 Vermilyea Ave.
         Apt. A41
         New York, NY 10034
         suadahadzijic@gmail.com

        **PLEASE TAKE NOTICE** that upon the Declaration of Annabel R. Stanley dated August 8, 2025, and the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Defendant's Motion to Enforce the Settlement pursuant to the Local Rules of this Court, Defendants Art Food LLC, and Diana Getchius (together, "Defendants") move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 517, New York, New York 10007, at a date and time to be determined by the Court, for an Order enforcing settlement, and granting such other relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), and the Court's Order entered on July 28, 2025, any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within eleven (11) days after service of the answering papers.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: s/ *Richard I. Greenberg*_____
Richard I. Greenberg
Annabel Stanley

*ATTORNEYS FOR DEFENDANT*

Dated:  August 8, 2025
New York, New York