# JacksonLewis

**MEMORANDUM ENDORSED**

**Jackson Lewis P.C.**
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4000 General
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4080
EMAIL ADDRESS: RICHARD.GREENBERG@JACKSONLEWIS.COM

August 12, 2025

**VIA ECF**

Honorable Gabriel W. Gorenstein
Courtroom 519
United States District Court
Southern District of New Yok
40 Foley Square
New York, New York 10007

                **Re:**    **Hadzijic v. Art Food LLC et al.**
                        **Case No.: 1:24-cv-07205-LGS**

Dear Judge Gorenstein,

      As counsel for Defendants in the above matter, in accordance with Your Honor's Individual Rules and Practices Rule 2(E) and in furtherance of guidance from Chambers, we write to respectfully request that the Court seal pages 3 and 4 of Plaintiff's letter filed on August 8, 2025 (Dkt. 51).

      Earlier in the day on August 8, 2025, attendant to Defendants' motion to enforce the parties' settlement, Defendants filed a letter motion requesting permission to file a confidential document under seal (Dkt. 45). Dkt. 45 details the reasons that Defendants believe the confidential document should be filed under seal. Such reasons include the compelling interest to protect the confidentiality of the express terms the parties agreed to as well as avoiding copycat litigation and avoiding the appearance that Defendants engaged in any wrongdoing. Defendants also explained that this confidential document falls under the Parties protective order which was So Ordered by Your Honor on March 10, 2025 (Dkt. 25) (the "Protective Order").

      Despite taking immense care to protect the confidential nature of such document, Plaintiff completely disregarded Defendants' motion and her obligations under the Protective Order in publicly filing the parties' agreement. As such, we respectfully request that pages 3 and 4 of Plaintiff's filing on August 8, 2025 (Dkt. 51), the confidential document Defendants previously requested to file under seal on August 8, 2025 (Dkt. 45), be sealed.

Respectfully submitted,

                                                      JACKSON LEWIS P.C.

Honorable Gorenstein.
August 12, 2025
Page 2

*/s Richard Greenberg*

Richard Greenberg

cc: All counsel (via ECF)

In light of the confidential nature of the settlement agreement, this application is granted. The Court cannot partially seal a filed document, however. Accordingly, the Clerk is directed to seal Docket # 51 in its entirety, making it visible only to the Court and case participants. The Court will separately docket the non-confidential portion in a new filing.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 13, 2025