# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4000 General
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL: (212) 545-4080
EMAIL ADDRESS: RICHARD.GREENBERG@JACKSONLEWIS.COM

September 26, 2025

**VIA ECF**

Honorable Gabriel W. Gorenstein
Courtroom 519
United States District Court
Southern District of New Yok
40 Foley Square
New York, New York 10007

                    Re:    **Hadzijic v. Art Food LLC et al.**
                              **Case No.: 1:24-cv-07205-LGS**

Dear Judge Gorenstein,

      As counsel for Defendants in the above matter, and in accordance with Your Honor's Order on September 23, 2025 (Dkt. 56) we attach as an exhibit to this letter, the Confidential Term Sheet with only the settlement amount redacted.

Respectfully submitted,

                                                JACKSON LEWIS P.C.

                                                */s Richard Greenberg*

                                                Richard Greenberg

cc:    All counsel (via ECF)