**CONFIDENTIAL SETTLEMENT TERMS SUMMARY SHEET**

WHEREAS Suada Hadzijic ("Plaintiff") and Art Food LLC ("Corporate Defendant") and Diana Getchius (together, "Defendants"), (collectively with Plaintiff, the "Parties") agree to the material terms of a settlement in the above-referenced mediation presided over by Brian Gallagher, Esq.

WHEREAS, the terms set forth in this Confidential Settlement Terms Summary Sheet ("Term Sheet") shall be binding and enforceable, notwithstanding the Parties' intention to subsequently execute a full form written settlement agreement;

NOW, THEREFORE, IT IS STIPULATED AND AGREED BY AND AMONG THE PARTIES AS FOLLOWS:

1. Corporate Defendant agrees to pay Plaintiff the total monetary sum of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The money payable to Plaintiff shall be made reportable on an IRS Form 1099. Plaintiff agrees to indemnify and hold Defendants harmless against the payment of any taxes, interest, penalties, and other liabilities or costs that may be assessed against Defendants in connection with the 1099 portion of the settlement sum.

2. Plaintiff agrees to release all claims she has or may have against Defendants and all of the Defendants' current and former employees, agents, affiliates, successors, insurers, reinsurers, parents and subsidiaries, including, but not limited to, those claims asserted by Plaintiff in Plaintiff's Complaint filed in Case No. 1:24-cv-7205 in the Southern District of New York, dated October 10, 2024.

3. Plaintiff agrees to sign a separate Non Disclosure Agreement in which Plaintiff will have twenty-one (21) days to consider the terms and conditions of the Non Disclosure Agreement.

4. Plaintiff agrees not to disclose any information regarding the terms of this Term Sheet or the circumstances leading up to this Term Sheet. Plaintiff further affirms that confidentiality of these settlement terms and the facts and circumstances leading up to this settlement is her preference.

5. Plaintiff agrees not to disparage Defendants, or any of Corporate Defendant's current or former employees, affiliates, products or services.

6. The Parties agree that no Settlement Agreement shall be executed prior to April 30, 2025.

7. Payment shall be made to Plaintiff within thirty (30) days of the Defendants' receipt—through counsel—of (i) a copy of an executed Settlement Agreement and signed stipulation of dismissal of her SDNY case by Plaintiff; (ii) Plaintiff's transmittal of all tax forms necessary to process the settlement payment; and (iii) the seven (7) day revocation period of the Non Disclosure has expired.

8. Settlement check will be issued within thirty days (30) after the twenty-one (21) days consideration period and additional seven (7) days expiration of the revocation period of the Non-Disclosure Agreement and Negotiated Settlement Agreement and General Release. After the settlement check is received, the Defendant shall file the stipulation for dismissal within seven (7) days.

The parties affirm that on April 15, 2025 they freely, knowingly, and voluntarily entered into this Term Sheet, which contains all material terms to the settlement of the lawsuit.


Suada Hadzijic

By: _____
       Suada Hadzijic

Date:  4/15/2025


ART FOOD LLC

By: _____
       DocuSigned by:
       *Elizabeth Huh*
       3EA641C08DF949D...
       Elizabeth Huh
       General Counsel


Date: 4/15/2025 4/15/2025

2